885 A.2d 438

IN THE MATTER OF OLGA SORKIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 050091992).

November 14, 2005.

## ORDER

**OLGA SORKIN** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1993, having pleaded guilty to violation of New York Penal Law § 175.35, (offering a false instrument for filing, in the first degree), a class E felony, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **OLGA SORKIN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against her, effective immediately and until the further Order of this Court; and it is further

ORDERED that **OLGA SORKIN** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that **OLGA SORKIN** comply with *Rule* 1:20–20 dealing with suspended attorneys.